ROBERT R. POWELL, ESQ. CSB#159747
DENNIS R. INGOLS, ESQ.   CSB#236458
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
T: 408-553-0200 F: 408-553-0203
E: rpowell@rrpassociates.com

Attorneys for Plaintiff
WALLY WETTER



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHISN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| WALLY WETTER, | ) Case Number: C07 04583 |
|---|---|
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF NO INTERESTED |
|  | ) PARTIES OR RELATED CASES |
| CITY OF NAPA, et al., and Does 1-10, inclusive | ) |
| Defendants. | ) |

Other than the named parties to this action, there is no such interest to report of other persons in the above-entitled litigation, and no known related legal actions to the above-entitled action.

Dated: 8/31/07

_____
ROBERT R. POWELL, ESQ.
Attorney for Plaintiff

Certificate of No Related Cases / Persons
Wetter v. City of Napa
U.S. Dist. Ct. – N. Cal.
Case No.