MICHAEL W. BARRETT, CITY ATTORNEY (SBN 155968)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
NAPA CITY ATTORNEY'S OFFICE (dcj@cityofnapa.org)
CITY OF NAPA
P.O. BOX 660
NAPA, CA 94559
Telephone:  (707) 257-9516
Facsimile:   (707) 257-9274

Attorneys for Defendants CITY OF NAPA, OFFICER B. BANDY,
OFFICER J. THOMPSON, and OFFICER A. ORTIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALLY WETTER, | Case No: C07-04583 WHA |
|---|---|
| Plaintiff, | NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP RULE 12(b)(6)] |
| vs. | |
| CITY OF NAPA, OFFICER B. BANDY, OFFICER J. THOMPSON, OFFICER A ORTIZ, and Does 1-10, inclusive, | DATE:        1/3/2008<br>TIME:         8:00 a.m.<br>CRTRM:    9, 19th Floor |
| Defendants. | **The Honorable William H. Alsup** |

**TO PLAINTIFF AND TO HIS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on January 3, 2008, at 8:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled court, located at 450 Golden Gate Avenue, Courtroom 9, 19th Floor, San Francisco, California, Defendants City of Napa, Officers Brian Bandy, Jack Thomson,[1] and Alfonso Ortiz will move the Court to dismiss the action, with prejudice, pursuant to FRCP, Rule 12(b)(6). The motion is brought on the grounds that Plaintiff's complaint fails to state a claim upon which relief can be granted, specifically, pursuant to *Heck v. Humphrey, 512 U.S. 477 (1994),* all causes

---

[1] Plaintiff's caption improperly spells Defendant Thomson's name as "Thompson." The body of the complaint, however, contains the correct spelling.

1

Notice of Motion and Motion to Dismiss For Failure to State a Claim [FRCP Rule 12(b)(6)]

of action are barred by Plaintiff's August 4, 2006 conviction for violation of Penal Code Section 148(a)(1).

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, and the Request for Judicial Notice filed herewith, on the pleadings and papers filed herein, and on any argument and evidence offered at the hearing on the motion.

                                          CITY OF NAPA

November 8, 2007                        By:            /S/
                                              DAVID C. JONES, Deputy City Attorney
                                              Attorney for City Defendants

Notice of Motion and Motion to Dismiss For Failure to State a Claim [FRCP Rule 12(b)(6)]