MICHAEL W. BARRETT, CITY ATTORNEY (SBN 155968)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
NAPA CITY ATTORNEY'S OFFICE (dcj@cityofnapa.org)
CITY OF NAPA
P.O. BOX 660
NAPA, CA 94559
Telephone:  (707) 257-9516
Facsimile:  (707) 257-9274

Attorneys for Defendants CITY OF NAPA, OFFICER B. BANDY,
OFFICER J. THOMPSON, and OFFICER A. ORTIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLY WETTER,<br><br>       Plaintiff,<br><br>   vs.<br><br>CITY OF NAPA, OFFICER B. BANDY,<br>OFFICER J. THOMPSON, OFFICER A ORTIZ,<br>and Does 1-10, inclusive,<br><br>       Defendants. | Case No: C07-04583 WHA<br><br>REQUEST FOR JUDICIAL NOTICE<br><br>**DATE:**      **1/3/2008**<br>**TIME:**      **8:00 a.m.**<br>**CRTRM:**   **9, 19th Floor**<br><br>**The Honorable William H. Alsup** |

Defendants City of Napa, Officers Brian Bandy, Jack Thomson, and Alfonso Ortiz hereby request the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following:

    1.    Napa Superior Court Criminal Complaint dated March 21, 2006.

    2.    Napa Superior Court Minute Order dated August 4, 2006.

    3.    Napa Superior Court Plea Form dated August 4, 2006.

    4.    Napa Superior Court Probation Order dated August 4, 2006.

    5.    Napa County Arrest/Detention/Complaint form dated March 10, 2006.

True and correct certified copies of the official Napa Superior Court records are attached as Exhibits 1, 2, 3, 4, and 5 to this Request for Judicial Notice.

///

///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CITY OF NAPA

November 8, 2007                    By:    _____/S/_____
                                           DAVID C. JONES, Deputy City Attorney
                                           Attorney for City Defendants

Request for Judicial Notice

# EXHIBIT 1

CERTIFIED COPY



1
GARY LIEBERSTEIN
DISTRICT ATTORNEY
2
931 Parkway Mall
3
Napa, CA 94559
(707) 253-4211
4
FAX: (707) 253-4041
5
6
7                    **SUPERIOR COURT OF CALIFORNIA**
8                         **COUNTY OF NAPA**
9

10  | THE PEOPLE OF THE STATE OF CALIFORNIA,     NSC NUMBER: CR128956
11  |                              Plaintiff,
12  |                                            NDA NUMBER:    200600185-02
13  |                    vs.
14  |                                            **CRIMINAL COMPLAINT**
15  | WALLY LEONARD WETTER
16  |                                            DATE:   04/10/2006
17  |                              Defendant.     TIME:   8:30
18  |                                            DEPT:   E
19                                                          SEP 2 0 2007
20  The undersigned is informed and believes that:
21
22                         **COUNT ONE**
23        CORPORAL INJURY TO SPOUSE/COHABITANT/CHILD'S PARENT
24                          PC273.5(a)
25                           FELONY
26
27  On or about March 9, 2006 in the County of Napa, State of California, the crime of
28  CORPORAL INJURY TO SPOUSE/COHABITANT/CHILD'S PARENT in violation of section
29  273.5(a) of the Penal Code, a Felony, was committed by WALLY LEONARD WETTER, who
30  did willfully and unlawfully inflict corporal injury resulting in a traumatic condition upon  Jane
31  Doe, who was  the spouse of defendant/minor.
32
33                         **COUNT TWO**
34    THREATS TO COMMIT CRIME RESULTING IN DEATH OR BODILY INJURY
35                            PC422
36                           FELONY
37
38  On or about March 9, 2006 in the County of Napa, State of California, the crime of THREATS
39  TO COMMIT CRIME RESULTING IN DEATH OR BODILY INJURY in violation of section 422
40

Page 1

CERTIFIED COPY

of the Penal Code, a Felony, was committed by WALLY LEONARD WETTER, who did willfully and unlawfully threaten to commit a crime which would result in death and great bodily injury to Jane Doe , with the specific intent that the statement be taken as a threat.

NOTICE:  The above offense is a serious felony within the meaning of Penal Code section 1192.7(c).

It is further alleged that the threatened crime, on its face and under the circumstances in which it was made, was so unequivocal, unconditional, immediate and specific as to convey to Jane Doe  a gravity of purpose and an immediate prospect of execution.

It is further alleged that the said Jane Doe was reasonably in sustained fear of his/her safety and the safety of his/her immediate family.

**COUNT THREE**
FALSE IMPRISONMENT BY VIOLENCE
PC236
FELONY

On or about March 9, 2006 in the County of Napa, State of California, the crime of FALSE IMPRISONMENT BY VIOLENCE in violation of section 236 of the Penal Code, a Felony, was committed by WALLY LEONARD WETTER, who  did unlawfully  violate the personal liberty of Jane Doe, said violation being effected by violence, menace, fraud, and deceit.

**COUNT FOUR**
BATTERY
PC243(e)(1)
MISDEMEANOR

On or about January 2, 2006 in the County of Napa, State of California, the crime of BATTERY in violation of section 243(e)(1) of the  Penal Code, a Misdemeanor, was committed by WALLY LEONARD WETTER, who  did willfully and unlawfully use force and violence upon the person of  Jane Doe, a person  married to defendant.

CERTIFIED COPY

Complainant therefore prays that a warrant be issued and that said defendant(s) be dealt with according to law. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: March 21, 2006

GARY LIEBERSTEIN
DISTRICT ATTORNEY

By: _____

Holly Quate
Deputy District Attorney

dw

---

**NOTICE**

PLEASE TAKE NOTICE THAT COUNSEL FOR THE PEOPLE HEREBY MAKE AN INFORMAL DEMAND FOR DISCOVERY (PURSUANT TO PC 1054.3) WITHIN FIFTEEN DAYS

---

### SUMMARY OF CHARGES AND PUNISHMENT
#### WALLY LEONARD WETTER
( DOB : 06/21/1937 )

| COUNT | CHARGE | PUNISHMENT | EFFECT |
|-------|--------|------------|--------|
| ONE | PC273.5(a) | 2-3-4 | |
| TWO | PC422 | 16-2-3 | |
| THREE | PC236 | 16-2-3 | |
| FOUR | PC243(e)(1) | 1 Yr. | |

# EXHIBIT 2

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF NAPA
## MINUTE ORDER

| | |
|---|---|
| **Case:** People vs. Wetter, Wally Leonard   (F)<br>**Judge:** Stephen T. Kroyer<br>**Courtroom:** Department E<br>**Event:** Hearing: Change of Plea<br>**PID # :** 200600185-02 | **Case #** CR128956<br>**Event Date:** August 4, 2006<br>**Clerk:** R. Greenlee<br>**Reporter:** Benita Duncan, #6715<br>**Cite/Report #:** A-65572 |

Appearances:
H. Quate, Deputy District Attorney
R. Miller, Counsel for Defendant who is present

| PLEA |
|---|

☒     Counsel provides the Court with a Plea form at this time.

☒     The Court, upon motion of the District Attorney,  orders the Information shall be amended to add the following Count(s):

        Count 5 a violation of Section 148(a) PC, a misdmeanor.

☒     Defendant enters a plea of :

| | **Count** | **Section Violated** |
|---|---|---|
| ☒ No Contest | 5 | 148(a) PC |
| ☒ As set forth in the Plea Form. | | |
| ☒ with concurrence of counsel | | |

☒     Court finds that defendant's plea was freely and voluntarily entered; there was a factual basis for said plea; and that the defendant made an intelligent waiver of his/her trial rights.

☒     Counts:  1-4 are dismissed upon motion of the District Attorney

| SENTENCING |
|---|

☒     Imposition of sentence is suspended, the Defendant is granted ☐Formal ☒Summary Probation for a period of  2 years under the terms and conditions as set forth in the Probation Order (see attached)

☒     **Fine**
        ☒Defendant to pay a fine in the amount of $20.00.
        ☒Defendant to pay a Restitution Fine in the amount of $100.00.
        ☒Pay to California Service Bureau

☒     Defendant understands and agrees to abide by the terms and conditions of probation.

☒     Defendant ordered to report to Post Court Services

Further orders: The Jury Trial on 8-7-2006 is vacated.

-o0o-

SEP 2 0 2007

# EXHIBIT 3

| NAPA SUPERIOR COURT | PLEA FORM |
|---|---|

Defendant *Wally Leonard Welter*

Case Number *CR128956*

## INSTRUCTIONS

Fill out this form if you wish to plead guilty or no contest (or admit a violation of probation). **Initial the box for each item that applies to you**, but only if you understand it, and **sign and date the form on page 3.** If you have any questions about your case, the possible sentence, or the information on this form, ask your attorney or the judge.

### YOU MUST READ AND INITIAL SECTIONS 1 AND 2

INITIALS

1. **Right To A Trial** - I understand that I have the right to a speedy, public jury trial or court trial. At a trial, I would be presumed innocent, and I could not be convicted unless 12 impartial jurors (or the judge at a court trial) were convinced of my guilt beyond a reasonable doubt. (For a probation violation, I understand that I have a right to a hearing in front of a judge who would decide if I violated conditions of my probation.) I give up my right to a jury trial and my right to a court trial (or probation hearing).
**Right To Confront And Cross-Examine Witnesses** - I understand that I have a right to see and hear all witnesses who may testify against me at the trial. I understand that I have a right to ask them questions during the trial. I give up my right to confront and cross-examine witnesses.
**Right To Produce Evidence** - I understand that I have a right to present evidence, to testify in my own behalf, and to have the Court issue subpoenas to bring into court all witnesses and evidence favorable to me, at no cost to me. I give up my right to produce evidence.
**Right To Remain Silent** - I understand that I have a right to remain silent and not incriminate myself. I understand that by pleading guilty or no contest I am incriminating myself. I give up my right to remain silent.
**Penalty For Charges I Am Pleading Guilty Or No Contest To (Or Admitting A Violation Of Probation To)** - I understand the possible consequences of my plea(s) include the following:

1. *WW*

* Count No. _____  Charge (code & section no.) *148(a)(1) PC*  Minimum Penalty (jail & fine) *$100*  Maximum Penalty (jail & fine) *1 yr $1000*

_____ Other consequences

* Count No. _____  Charge (code & section no.) _____  Minimum Penalty (jail & fine) _____  Maximum Penalty (jail & fine) _____

_____ Other consequences

* Count No. _____  Charge (code & section no.) _____  Minimum Penalty (jail & fine) _____  Maximum Penalty (jail & fine) _____

_____ Other consequences

SEP 2 0 2007

* Count No. _____  Charge (code & section no.) _____  Minimum Penalty (jail & fine) _____  Maximum Penalty (jail & fine) _____

_____ Other consequences

* Count No. _____  Charge (code & section no.) _____  Minimum Penalty (jail & fine) _____  Maximum Penalty (jail & fine) _____

_____ Other consequences

**I understand** that a 210% penalty assessment will be added to any penalty fine.
**I understand** that a plea of guilty or no contest (or an admission to a violation of probation) may be grounds for violating probation or parole which has been previously granted to me in any other case.
**I understand** that, if I am not a United States citizen, a plea of guilty or no contest could result in my deportation, exclusion from admission to this country, or denial of naturalization.

CERT IED COPY

| | INITIALS |
|---|---|

2.  **I understand** that I may be ordered to pay restitution to the victim(s), if any.
    **I understand** that I will be ordered to pay a restitution fine. The fine is $100 to $1000 for one or more misdemeanors and $200 to $10,000 for one or more felonies (if I am sent to prison, I will pay an additional, identical restitution fine which will be suspended unless parole is revoked).
    **I stipulate** there is a factual basis for my plea(s) in the police report.
    **I understand** that a plea of no contest has exactly the same effect in this case as a plea of guilty, but it cannot be used against me in a civil lawsuit unless the offense is a felony.
    **I understand** the nature of the charge(s) against me and the possible pleas and defenses.
    **No one** has used any threats, force, violence, duress or undue influence of any kind on me, or anyone close to me, in order to get me to plead guilty or no contest.
    **I declare** I am of sound mind and I am not under the influence of alcohol, drugs, or medication of any kind.
    **I hereby** freely and voluntarily *(circle one)*

    2.

     _[initials]_

    PLEAD GUILTY          (PLEAD NO CONTEST)          ADMIT A VIOLATION OF PROBATION

    to the charges listed in section(s) 1 (and 10).

## INITIAL SECTIONS 3 THROUGH 16 ONLY IF THEY APPLY TO YOUR CASE

3.  **Plea Bargain** - The following promises have been made to me as a condition of my plea(s). No other promises have been made. I understand that if the Court refuses to follow this plea bargain then I will be allowed to withdraw my plea(s) of guilty or no contest and enter a not guilty plea.

    _2 yrs Conditions/Sentence_
    _$100 rest fine, $20 court sec fee_
    _4 Mo Alternatives Class (Anger Mgt)_
    _CTS_

    3.

     _[initials]_

4.  **Harvey Waiver** - I understand that ordinarily dismissed charges cannot be considered by the Court in deciding punishment for this case, or in ordering victim restitution. I agree the Court can consider the following dismissed charges when I am sentenced in this case and may order restitution for them:

    List Counts and/or Cases Dismissed

    4.

5.  **Right To A Preliminary Hearing** - I understand that I have a right to a preliminary hearing if I am charged with a felony.
    I give up my right to a preliminary hearing.

    5.

6.  **Parole Period** - I understand that if I am sent to state prison I will be placed on parole when released. The maximum parole period is for the remainder of my life if I am sentenced to a life term for first or second degree murder. The maximum parole period is five years if I am sentenced to a life term for any other offense, or if I am sentenced for PC261(a)(2), PC261(a)(6), PC262(a)(1), PC262(a)(4), PC286(c)(2), PC288a(c)(2), PC288, PC288.5, or PC264.1. The maximum parole period is ten years if I am sentenced to a life term under PC667.61. The maximum parole period is three years in all other cases.

    6.

7.  **Mandatory Registration** - I understand that I will be required to register as a *(circle one)*

    gang offender          sex offender          drug offender          arson offender

    with the police or sheriff of any city or county where I live.

    7.

8.  **Presumptive State Prison** - I understand that I will not be eligible for probation unless the Court finds my case involves unusual circumstances.

    8.

9.  **Mandatory State Prison** - I understand that I will not be eligible for probation.

    9.

10. **Attachment One (Additional Charges)** lists additional charges I am pleading guilty or no contest to.

    10.

11. **Attachment Two (Dui Offenses)** contains additional consequences.

    11.

12. **Attachment Three (Suspended License)** contains additional consequences.

    12.

13. **Attachment Four (Deferred Entry Of Judgment)** contains additional consequences.

    13.

| | INITIALS |
|---|---|

14.  **Arbuckle Waiver** - I understand that I may have a right to be sentenced by the judge who accepts my plea(s).  I give up that right and agree to be sentenced by another judge.

**14.** _wlw_

15.  **Temporary Judge** - I understand that I have the right to enter my plea(s) before, and to be sentenced by, a judge.  I give up this right and agree to enter my plea(s) before, and be sentenced by a temporary judge.

**15.**

16.  **Right To An Attorney** - I understand that I have the right to be represented by an attorney in this case.  I understand that the Court will appoint a free attorney for me if I cannot afford to hire one, but, at the end of the case, I may be asked to pay all or part of the cost of that attorney, if I can afford to.  I understand that there are dangers and disadvantages to giving up my right to an attorney, and that it is almost always unwise to represent myself.
I give up my right to an attorney, and I choose to represent myself.

**16.**

17.  **Sentencing Factors** - I understand I have the right to a jury or court trial as to any sentencing factors that may be used to increase my sentence on any count, sentencing enhancement, or allegation to the upper or maximum term provided by law.  I give up my right to a jury or court trial on any sentencing factors and consent to the judge determining the existence of any sentencing factors within the judge's discretion as allowed by existing statutes and Rules of Court.  I also agree this waiver shall apply to any future sentence imposed following the revocation of probation.

**17.** _wlw_

18.  **Appeal** – I understand I have the right to appeal the judgment of the court by filing a notice of appeal with the clerk of this court within 30 days of the day I am sentenced for a misdemeanor and within 60 days of the day I am sentenced for a felony.  I am entitled to a free lawyer and transcript on appeal.

**18.** _wlw_

DEFENDANT'S SIGNATURE: _Wally LWetter_ DATE: _8-4-06_

### ATTORNEY'S STATEMENT

I am the attorney of record for the defendant.  I have gone over this form, and any attachments, with my client.  I have explained each of the defendant's rights to the defendant and answered all of the defendant's questions about this form and the plea(s).  I have discussed the facts of the case with the defendant and have explained the nature of the charges, the elements of the offense(s), any possible defenses, and the consequences of the plea(s).  I join in the waivers, stipulate there is a factual basis in the police report, and consent to the plea(s)

SIGNATURE: _____ (Signature)    _Roy S Miller_ (Print Name)    DATE: _8/4/06_

### INTERPRETER'S STATEMENT

I, having been sworn, or having a written oath on file, certify that I truly translated this form, and any attachments, to the defendant in the language indicated below.  The defendant stated that (s)he understood the contents of the form, and then (s)he initialed and signed the form.

Language: ☐ Spanish   ☐ Other (specify) _____

SIGNATURE: _____    DATE: _____

### PROSECUTOR'S STATEMENT

I am the prosecutor in this case.  I have reviewed the information above and consent to the plea(s) being entered on the terms and conditions indicated.  I stipulate there is a factual basis for the plea(s) in the police report.

SIGNATURE: _____    DATE: _8/4/2006_

### COURT'S FINDINGS AND ORDER

The Court, having reviewed this form, together with any attachments, and having questioned the defendant concerning his or her constitutional and statutory rights, finds that the defendant understands his or her rights and that the defendant expressly, knowingly, voluntarily, and intelligently waived those rights.  The Court finds that the defendant understands the nature of the charges and the consequences of the plea(s) and admission(s). The Court finds the plea(s) and admission(s) have been made freely and voluntarily.  The Court finds there is a factual basis for the plea(s) and admission(s).  The Court accepts the plea(s) and admission(s) and orders this form filed and incorporated in the docket by reference as though fully set forth therein.

SIGNATURE: _____    DATE: _8/4/06_

# EXHIBIT 4

CERTIFIED COPY

## NAPA SUPERIOR COURT

Plaintiff

### THE PEOPLE OF THE STATE OF CALIFORNIA

Defendant  *Wally Weller*

Date of Birth  *6/21/37*

Court Case Number  *CR128956*       PID & Event Number  *Event 01*       Blood Alcohol Level

### PROBATION ORDER

☒ SUMMARY PROBATION
☐ FORMAL PROBATION

IT IS THE JUDGMENT OF THE COURT THAT THE DEFENDANT IS GUILTY OF   ☐ VC23152(a)   ☐ VC23152(b)
☒ *148(a)(1)* _____. IMPOSITION OF SENTENCE IS SUSPENDED AND THE
DEFENDANT IS PLACED ON PROBATION FOR  *2*  YEAR(S) UNDER THE FOLLOWING CONDITIONS:

1. ☒ Obey all laws.
2. ☒ If you are not in jail, report to Post Court Services immediately. If you are in jail, report to Post Court Services immediately upon release.
3. ☐ If you are not in jail, report to the Napa County Probation Department immediately. If you are in jail, report to the Napa County Probation Department immediately upon release. You must also report to the Napa County Probation Department at least once each month. Immediately notify the Probation Officer of any change of address or phone number. Obey all reasonable orders of the probation officer.
4. ☒ Pay a $ *20* _____ fine. This includes all penalty assessments and security fees.
5. ☐ Serve _____ ☐ hours ☐ days on the Work Program in a manner to be determined by Post Court Services.
6. ☐ Serve _____ ☐ hours ☐ days in jail. Go to Napa County Jail at ☐ 7:00 a.m. ☐ 8:00 a.m. on _____
   - ☐ May be served on CCC program.
   - ☐ May be served on "weekends".
   - ☐ No work furlough.   ☐ No home detention.
   - ☐ No sheriff's parole.
   - ☐ Time credits: _____ actual days.
   - ☐ Concurrent with ☐ consecutive to: _____
7. ☐ Immediately report to the jail, for booking only.
8. ☒ Pay the jail booking fee set by Napa County.
9. ☒ Pay a $ *100* restitution fine and an identical probation revocation restitution fine which is suspended unless probation is revoked.

10. ☐ Pay restitution to the victim(s) and the Victim Compensation and Government Claims Board, in a manner to be determined by the Court and California Service Bureau, and
    - ☐ in an amount to be determined by Probation and the Court.
    - ☐ in the sum of $ _____.
    - ☐ May be modified to summary probation when restitution paid in full.
11. ☐ Submit your person, residence, vehicle and property to search and seizure by a probation officer, or any law enforcement officer, at any time of the day or night, with or without a warrant, and with or without probable cause.
12. ☐ Enroll in, pay for, and successfully complete, a counseling or education program if required by the probation officer.
13. ☐ Immediately enroll in, pay for, and successfully complete the Theft Awareness Program.
14. ☒ Immediately enroll in, pay for, and successfully complete Alternatives. *(4 mo (16 week))*
15. ☐ Attend ☐ AA ☐ NA at least _____ times a week.
16. ☐ Do not drink or possess alcoholic beverages.
17. ☐ Do not operate a motor vehicle with a measurable amount of alcohol in your blood.
18. ☐ Submit to a blood, breath, or urine test if requested by any law enforcement or probation officer.
19. ☐ Immediately enroll in, pay for, and successfully complete ☐ DDP1 (6 wks) ☐ DDP1 (3 mos) ☐ DDP1 (9 mos) ☐ DDP2 (18 mos)
    - ☐ a first offender ☐ a multiple offender drinking driver program in your state of residence or employment and provide proof of completion ☐ to Post Court Services ☐ to Probation ☐ within six months ☐ within two years.
20. ☐ DMV shall not issue a restricted license under ☐ VC13352.4 (1st offense). ☐ VC13352.5 (2nd offense).

SEP 2 0 2007

Page 1 of 2

CERTIFIED COPY

21. ☐ Immediately enroll in, pay for, and successfully complete an alcohol and drug problem assessment program (may require extra treatment).

22. ☐ Do not operate a motor vehicle unless it is equipped with a functioning, certified ignition interlock device. This restriction will last for ☐ 1 year ☐ 2 years ☐ 3 years from today. You shall install the device on all motor vehicles you own or operate except: _____. You may not drive any vehicle without a valid driver's license.

23. ☐ Your privilege to operate a motor vehicle is suspended for ☐ 6 months ☐ _____ years.

24. ☐ Pay a PC1203.097(a)(5) fine of $_____.

25. ☐ Pay $_____ to the battered women's shelter.

26. ☐ Do not own or possess any firearm, ammunition, or other weapon.

27. ☐ Immediately enroll in, pay for, and successfully complete, an anger management counseling program chosen by the probation officer. File proof of enrollment with the court, and the probation officer, within 30 days.

28. ☐ Do not annoy, molest, strike, threaten, harass, sexually abuse, batter, stalk, or disturb the peace of _____

29. ☐ Do not contact in any way, directly or indirectly, the person(s) listed in paragraph 28.

30. ☐ Stay at least 100 yards away from the person, residence, school, and place of employment of the person(s) listed in paragraph 28.

31. ☐ Return to court for review on _____ at _____ ☐ am ☐ pm in Department _____

32. ☐ See attached conditions.

33. _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I have read this form and I understand everything on it. I agree to follow all the conditions of probation.

DEFENDANT'S SIGNATURE: _Wally Whitter_     D.L. #: _D0263376_

_P.O. Box 3387   Younfville Ca. 94599_     _707-945-0331_
Home Address     Home Phone

## INTERPRETER'S STATEMENT

I, having been sworn, or having a written oath on file, certify that I truly translated this form, and any attachments, to the defendant in the language indicated below. The defendant stated that (s)he understood the contents of the form, and then (s)he signed the form.

Language: ☐ Spanish     ☐ Other (specify) _____     Signature: _____

JUDGE'S SIGNATURE

JUDGE: _____     DATE: _8/4/06_

NOTICE: UPON SATISFACTORY COMPLETION OF PROBATION, YOU MAY APPLY TO HAVE YOUR CONVICTION SET ASIDE AND HAVE THE CASE DISMISSED UNDER PC1203.4. YOU MAY ALSO PETITION FOR A CERTIFICATE OF REHABILITATION AND PARDON.

COPY TO: ☑ DEF ☑ DA ☑ PROB ☐ JAIL ☐ DEF ATTY ☐ DDP ☑ NSO ☑ PCS ☐ CSB ☐ _____

# EXHIBIT 5

**NAPA COUNTY CRIMINAL JUSTICE SYSTEM ARREST/DETENTION/COMPLAINT FORM**

PAGE _1_ OF _1_

| ARRESTING AGENCY | NCIC # | | AGENCY CASE # | PID # |
|---|---|---|---|---|
| NAPA PD | 2802 | | 06-2465 | 200600185 |

TYPE OF ARREST: [X] ON VIEW  [ ] CITIZEN'S ARREST  [ ] WARRANT ARREST

[X] ADULT  [ ] JUVENILE

[ ] REQUEST FOR COMPLAINT & WARRANT (NOT IN CUSTODY)
[ ] DETENTION ONLY RELEASED, PC 849(b))

[X] DOMESTIC VIOLENCE
[ ] WEAPONS USED
[ ] NARCOTICS OFFENSE

DATE OF OFFENSE: 3-9-06 / 3-10-06   CII#

| SUSPECT NAME (FIRST, MIDDLE, LAST) | AKA | DL # DO76-33-76 STATE / SS # | DOB 6-21-77 |
|---|---|---|---|
| WALLY LEONARD WETTER | | | RACE W  SEX M |

HOME ADDRESS (STREET, CITY, COUNTY, STATE, ZIP): 4479 Sandalwood St. Napa CA 94538   BUSINESS/SCHOOL NAME: RET.
HT 5-9  WT 165  HAIR BRO  EYES BRO

HOME PHONE: 707-265-6278
WORK PHONE:

SUSPECT'S CAR — YEAR / COLOR / MAKE / MODEL / LIC # / TYPE / STYLE / STATE
VEHICLE LOCATION   HOLD? [ ] YES  [ ] NO

NAME (PARENT/GUARDIAN, IF JUVENILE)   RELATIONSHIP   EMERGENCY NOTIFICATION (MUST BE COMPETED IF JUVENILE)   NOTIFIED BY   DATE/TIME

ADDRESS

LOCATION OF ARREST: 4479 Sandalwood St.
ARREST DATE/TIME: 3-10-06 / 2210
BOOKING DATE/TIME: 3-10-06 2315
[X] JAIL  [ ] JUV. HALL

| ARRESTING OFFICER | ID # | TRANSPORTING OFFICER | ID # | RECEIVING OFFICER | ID # |
|---|---|---|---|---|---|
| B. Bandy | 141 | A. Ortiz | 145 | Sams | 50 |

**CHARGES**

| F/MI | CODE | SECTION | OFFENSE DESCRIPTION | WARRANT/EVENT # | COURT | BAIL AMT |
|---|---|---|---|---|---|---|
| M | PC | 148(a)(1) | Resisting a peace officer | | | |
| F | PC | 273.5 | Domestic Violence | | | |
| F | PC | 422 | Criminal Threats | | | |
| F | PC | 236 | False Imprisonment | | | |
| F | PC | 245(a)(1) | Assault w/ Great Bodily Injury | | | |

WARRANT CHECK: [ ] LOCAL [ ] DMV [ ] DOJ/NCIC
HOLDS? [ ] YES [X] NO
CONFIRMED BY: Nei?a Records
CUSTODY ALERT: [ ] PROTECTIVE CUSTODY [ ] ASSAULT/COMBATIVE [ ] KEEP SEPARATE FROM (NAME): [ ] ESCAPE RISK [ ] SUICIDE RISK [ ] MEDICAL RISK (EXPLAIN):

EVIDENCE/COMPLAINT OF ILLNESS/INJURY: (YES) / NO   TREATED BY:   DATE/TIME

[ ] FELONY ARREST   BOOKING AUTHORITY   COPIES TO: [X] DA  [ ] ADULT PROBATION [ ] JUVENILE PROBATION [ ] NSIB [ ] DETECTIVES [ ] STATE PAROLE [ ] CYA [ ] ADMINISTRATION [ ] OTHER

MISDEMEANOR ARRESTS - CHECK ONE OR MORE BELOW
PC 853.6 CITATION RELEASE EXCEPTIONS
[ ] Intoxicated state may result in danger to self or others
[ ] Arrestee required medical exam or care or could not care for own safety
[ ] The immediate release would jeopardize prosecution
[ ] Arrested for one or more offenses listed under VC 40302/40303
[ ] Demanded immediate appearance or refused to sign written promise to appear
[ ] Imminent danger safety of other persons or property
PC 647(G) EXCEPTIONS
[ ] Under the influence of any drug or under the combined influence of any drug and alcohol
[ ] Probable cause to believe arrestee has committed a felony, or misdemeanor other than PC 647(f)
[ ] Good faith belief arrestee will attempt escape or is unreasonably difficult for medical personnel to control

[ ] Arrested for VC 23152(a) or VC 23152(b)
[ ] There are additional outstanding arrest warrants
[ ] Arrestee had no personal identification
[X] Release would increase likelihood of offense continuing
[ ] WIC 626
[ ] Reason to believe arrestee would fail to appear (state reason)

**NARRATIVE**   [ ] CONTINUATION PAGE ATTACHED

DESCRIBE PROBABLE CAUSE FOR ARREST/DETENTION OR CIRCUMSTANCES LEADING TO WARRANT ARREST (DO NOT USE CONTINUATION PAGE UNLESS ABSOLUTELY NECESSARY)

VICTIM AND SUSPECT HAVE BEEN MARRIED AND COHABITATING FOR 6 YEARS. THEY HAVE A 6 YEAR OLD CHILD TOGETHER. ON 3-9-06 AT APPROXIMATELY 1800 HOURS, VICTIM AND SUSPECT WERE INVOLVED IN A VERBAL ARGUMENT THAT TURNED PHYSICAL. THE SUSPECT PUSHED THE VICTIM AND PULLED HER HAIR. THE SUSPECT THEN CHOKED VICTIM FOR ABOUT 1-2 MINUTES, CAUSING REDNESS. THE VICTIM WAS LET GO AND SHE WENT INTO THE BATHROOM. THE SUSPECT FOLLOWED HER AND PUSHED HER ONTO THE TOILET, HE THEN KEPT PUSHING HER AGAINST THE TOILET. THE VICTIM SOUGHT MEDICAL TREATMENT AND IT WAS DISCOVERED THAT SHE HAD A BROKEN RIB. VICTIM ALSO HAD BRUISES ON HER ARMS AND REDNESS ON HER BACK. DURING THE ATTACK SUSPECT SAID "I AM GOING TO KILL YOU CUNT." THE VICTIM FELT AS IF SHE WAS NOT FREE TO LEAVE. WHEN THE SUSPECT WAS CONTACTED HE RESISTED ARREST AND HAD TO BE TAKEN TO THE GROUND AND FORCED INTO HANDCUFFS. BOOKED INTO NCDC.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA AND UNDER INFORMATION AND BELIEF, THAT THE FOREGOING IS TRUE AND CORRECT.

OFFICER'S SIGNATURE: _____   OFFICER'S NAME (Print): B. Bandy   ID# 141   DATE 3-10-06

REVIEWED BY (Signature):   REVIEWED BY (Print):   ID#   DATE