1  MICHAEL W. BARRETT, CITY ATTORNEY (SBN 155968)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
2  NAPA CITY ATTORNEY'S OFFICE (dcj@cityofnapa.org)
CITY OF NAPA
3  P.O. BOX 660
NAPA, CA 94559
4  Telephone:  (707) 257-9516
Facsimile:  (707) 257-9274
5
6  Attorneys for Defendants CITY OF NAPA, OFFICER B. BANDY,
OFFICER J. THOMPSON, and OFFICER A. ORTIZ
7
8              UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10
11  WALLY WETTER,                          )  Case No: C07-04583 WHA
                                           )
12              Plaintiff,                 )  [PROPOSED] ORDER GRANTING CITY
                                           )  DEFENDANTS' MOTION TO DISMISS
13       vs.                               )  PURSUANT TO FRCP RULE 12(b)(6)
                                           )  WITHOUT LEAVE TO AMEND
14  CITY OF NAPA, OFFICER B. BANDY,        )
OFFICER J. THOMPSON, OFFICER A ORTIZ,      )
15  and Does 1-10, inclusive,              )
                                           )
16              Defendants.                )
                                           )
17                                         )
                                           )
18  _____    )

19       Defendants City of Napa, Officer B. Bandy, Officer J. Thomson, and Officer A. Ortiz's ("City

20  Defendants") motion to dismiss pursuant to FRCP Rule 12(b)(6) came before the Court on noticed

21  motion.  A hearing was held on January 3, 2008 before the Honorable William H. Alsup.  Robert

22  Powell appeared for Plaintiff; David C. Jones appeared for City Defendants.  The basis for City

23  Defendants' motion was that pursuant to *Heck v. Humphrey, 512 U.S. 477 (1994)* both of Plaintiff's

24  causes of action for violation of 42 U.S.C. section 1983 were barred by Plaintiff's August 4, 2006

25  conviction in Napa Superior Court for violation of Penal Code section 148(a)(1).

26       Having considered the parties' written and oral submissions, including matters subject to judicial

27  notice and Plaintiff's complaint allegations, it is hereby ORDERED that City Defendants' motion to

28

                                                                                    1

dismiss is GRANTED WITHOUT LEAVE TO AMEND as it does not appear that Plaintiff can allege facts that would avoid the bar of *Heck v. Humphrey, 512 U.S. 477 (1994).*

It is further ORDERED that the entire action is DISMISSED WITH PREJUDICE.

**SO ORDERED.**

Dated: _____                    _____
                                            The Honorable William H. Alsup
                                            United States District Judge

2