MICHAEL W. BARRETT, CITY ATTORNEY (SBN 155968)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
NAPA CITY ATTORNEY'S OFFICE (dcj@cityofnapa.org)
CITY OF NAPA
P.O. BOX 660
NAPA, CA 94559
Telephone: (707) 257-9516
Facsimile: (707) 257-9274

Attorneys for Defendants CITY OF NAPA, OFFICER B. BANDY,
OFFICER J. THOMPSON, and OFFICER A. ORTIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLY WETTER,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF NAPA, OFFICER B. BANDY,<br>OFFICER J. THOMPSON, OFFICER A ORTIZ,<br>and Does 1-10, inclusive,<br><br>    Defendants. | Case No: C07-04583 WHA<br><br>STIPULATED ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE, INITIAL DISCLOSURES AND RELATED OBLIGATIONS<br><br>**The Honorable William H. Alsup** |

    Plaintiff and all Defendants (City of Napa, Officers Bandy, Thomson, and Ortiz), through their respective counsel, submit the following stipulation and request for order in the interest of justice, judicial economy and economy of the parties.

### RECITALS

    1.    Plaintiff alleges violations of U.S.C. section 1983, specifically, excessive force and unlawful warrantless arrest without probable cause against Defendants.

    2.    Plaintiff requested, and all Defendants complied with, Plaintiff's request for the waiver of service of process as set forth at FRCP Rule 4. Plaintiff's request for waiver was dated September 11, 2007. Pursuant to Rule 4 City Defendants' responsive pleading was due on or before November 12, 2007.

3. On November 8, 2007, City Defendants filed a motion to dismiss pursuant to FRCP Rule 12(b)(6). City Defendants' assert, and Plaintiff denies, that the entire case is subject to dismissal as a result of Plaintiff's criminal conviction for violation of California Penal Code section 148(a)(1), and pursuant to the doctrine set forth in *Heck v. Humphrey, 512 U.S. 477, 486-487 (1994)*.

4. On November 7, 2007, prior to filing the motion, counsel for City Defendants contacted counsel for Plaintiff to determine the first Thursday at 8:00 a.m., on December 13, 2007 or thereafter, that Plaintiff's counsel would be available for a hearing on City Defendants' motion. Due to Plaintiff's counsel's full schedule, the earliest date available to Plaintiff's counsel for the hearing is January 3, 2008.

5. The current schedule in this case is as follows:

| | |
|---|---|
| November 28, 2007: | Last day to meet and confer regarding disclosures, early settlement, ADR, discovery plan. |
| December 6, 2007, 11:00 a.m.: | Initial Case Management Conference. CMC statement due 7 days prior. |
| December 12, 2007: | Last day to file Rule 26(f) report, complete initial disclosures. |
| January 3, 2008, 8:00 a.m.: | Hearing on City Defendants' Rule 12(b)(6) motion to dismiss. |

6. Given that City Defendants assert that the case is subject to dismissal in its entirety, and in the interest of justice and judicial economy, and economy of the parties, Plaintiff and City Defendants wish to postpone their Case Management Conference and disclosure obligations until after the January 3, 2008 hearing on City Defendants' motion. The parties jointly request that the Court vacate the current Case Management Conference, disclosure, and other related dates, and at the Court's discretion, either assign such dates when the parties appear for the January 3, 2008 hearing, or assign new dates in writing at the Court's convenience.

LAW OFFICES OF ROBERT R. POWELL

November 16, 2007    By: _____
ROBERT R. POWELL
Attorney for Plaintiff

2

Stipulated Order to Continue Initial Case Management Conference, Initial Disclosures and Related Obligations

CITY OF NAPA

November 16, 2007          By: /s/ David C. Jones
DAVID C. JONES, Deputy City Attorney
Attorney for City Defendants

## ORDER

Pursuant to stipulation, the current Case Management Conference date and all other dates set forth in the parties stipulation at Paragraph 5 are hereby VACATED. The Court will assign new dates for the Case Management Conference, disclosures, Rule 26(f) report, and the like following the January 3, 2008 hearing on City Defendants' motion to dismiss.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                    _____
                                          The Honorable William H. Alsup
                                          United States District Judge

Stipulated Order to Continue Initial Case Management Conference, Initial Disclosures and Related Obligations