United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLY WETTER,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF NAPA, OFFICER B. BANDY, OFFICER J. THOMPSON, OFFICER A. ORTIZ, and DOES 1–10, inclusive,<br><br>    Defendants.<br>                                         / | No. C 07-04583 WHA<br><br>**ORDER CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE** |

Upon stipulation, the hearing on defendants' motion to dismiss is **CONTINUED** to **JANUARY 3, 2008, AT 8:00 A.M.** The case management conference shall immediately follow. Please file a joint case management statement no later than December 27, 2007. The Court will assign due dates for initial disclosures at the case management conference. Please note there will be no further continuances.

**IT IS SO ORDERED.**

Dated: November 19, 2007.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE