


Case 3:07-cv-04583-WHA    Document 24    Filed 01/03/2008    Page 1 of 2

MICHAEL W. BARRETT, CITY ATTORNEY (SBN 155968)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
NAPA CITY ATTORNEY'S OFFICE (dcj@cityofnapa.org)
CITY OF NAPA
P.O. BOX 660
NAPA, CA 94559
Telephone: (707) 257-9516
Facsimile:  (707) 257-9274

Attorneys for Defendants CITY OF NAPA, OFFICER B. BANDY,
OFFICER J. THOMPSON, and OFFICER A. ORTIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLY WETTER,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF NAPA, OFFICER B. BANDY,<br>OFFICER J. THOMPSON, OFFICER A ORTIZ,<br>and Does 1-10, inclusive,<br><br>    Defendants. | Case No: C07-04583 WHA<br><br>CITY DEFENDANTS' SUPPLEMENTARY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FRCP RULE 12(b)(6) MOTION TO DISMISS<br><br>DATE:    1/3/2008<br>TIME:    8:00 a.m.<br>CRTRM:  9, 19th Floor<br><br>**The Honorable William H. Alsup** |

Pursuant to the Court's order at today's hearing on this matter, City Defendants submit the following authorities on the questions posed by the Court:

1. **Whether Any United States Circuit Court Has Addressed the Applicability of the Doctrine of *Heck v. Humphrey* in the Context of a Plea of *Nolo Contendere*.**

City Defendants located no published Circuit Court case either applying, or refusing to apply, the bar of *Heck v. Humphrey* to a criminal conviction based on a *nolo contendere* plea.

City Defendants did locate the following published District Court decisions applying the Heck bar to *nolo contendere*-based convictions: *Reynolds v. Smythe, 418 F.Supp.2d 724, 730 (E.D.Pa. 2006); Thompson v. City of Galveston, 979 F.Supp. 504, 507 (S.D.Tex. 1997).*

City Defendants also located the following unpublished decisions from the Northern District


1

of California which apply the Heck bar to nolo contendere-based convictions: *Cotton v. Donner, 2007 U.S. Dist. LEXIS 29414 (N.D.Cal. March 30, 2007); Frost v. City and County of San Francisco, 2006 U.S. Dist. LEXIS 37453 (N.D.Cal. June 8, 2006); Alatraqchi v. City and County of San Francisco, 2001 U.S. Dist. LEXIS 7488 (N.D.Cal. 2001)*; *Ellis v. City of Pittsburg, 2001 U.S. Dist. LEXIS 16948 (N.D.Cal. 2001)*

**2.    Whether a *Nolo Contendere*-Based Conviction for a Misdemeanor Offense Invokes the *Heck v. Humphrey* Bar.**

Given the short time available, City Defendants believe they cannot improve on the authorities set forth at their opening memorandum, at page 6, and the thorough treatment of the issue provided by Judge Timlin in *Nuno v. County of San Bernardino, 58 F.Supp.2d 1127, 1137-1139 (C.D.Cal. 1999 )*.

CITY OF NAPA

January 3, 2008                By:    _____/S/_____
                                       DAVID C. JONES, Deputy City Attorney
                                       Attorney for City Defendants