**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Wetter, | 07-04583 WHA MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| City of Napa, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Matthew B. Pavone**
> Law Offices of Matthew Pavone
> Courtyard Square
> 750 Grant Ave., Suite 250
> Novato, CA 94945
> 415-209-9610

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

Dated: January 8, 2008

>RICHARD W. WIEKING
>Clerk
>by:    Alice M. Fiel
>
>ADR Case Administrator
>415-522-3148
>Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-04583 WHA MED                        - 2 -