**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL PRETRIAL MINUTES</u>

JUDGE WILLIAM ALSUP

Date: <u>January 3, 2008</u>

Case No.  <u>C 07-04583 WHA</u>

Title: <u>WALLY WETTER</u> v. <u>CITY OF NAPA</u>

Plaintiff Attorneys: Dennis Ingols

Defense Attorneys: David Jones

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Joan Columbini</u>

**PROCEEDINGS**

1)   <u>Dft's Motion to Dismiss and CMC - HELD                              </u>

2)   <u>                                                                                                       </u>


Continued to _ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Parties shall file supplemental briefing by 5pm today.  Court will issue a case management order and a ruling on the motion.