MICHAEL W. BARRETT, CITY ATTORNEY (SBN 155968)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
NAPA CITY ATTORNEY'S OFFICE (dcj@cityofnapa.org)
CITY OF NAPA
P.O. BOX 660
NAPA, CA 94559
Telephone: (707) 257-9516
Facsimile: (707) 257-9274

Attorneys for Defendants CITY OF NAPA, OFFICER B. BANDY,
OFFICER J. THOMPSON, and OFFICER A. ORTIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLY WETTER,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF NAPA, OFFICER B. BANDY, OFFICER J. THOMPSON, OFFICER A ORTIZ, and Does 1-10, inclusive,<br><br>    Defendants. | Case No: C07-04583 WHA<br><br>STIPULATION AND ORDER CONTINUING DATE FOR ANSWER |

By Order dated January 4, 2008, the Court granted in part and denied in part City Defendants' motion to dismiss the complaint in this matter.

All parties to this action, through counsel, hereby stipulate, and ask the Court to order, that City Defendants' answer and affirmative defenses shall be deemed timely if filed and served by January 18, 2008.

CITY OF NAPA

January 14, 2008        By:        /S/
                                   DAVID C. JONES, Deputy City Attorney
                                   Attorney for City Defendants

1

Stipulation and Order Continuing Date for Answer

|   |   |
|---|---|
|   | LAW OFFICES OF ROBERT R. POWELL |
| January _____, 2008 | By: _____ |
|   | ROBERT POWELL |
|   | Attorney for Plaintiff |

**SO ORDERED.**

| | |
|---|---|
| January _____, 2008 | By: _____ |
|   | UNITED STATES DISTRICT JUDGE |

---

Stipulation and Order Continuing Date for Answer