1  ROBERT R. POWELL, ESQ. CSB#159747
2  DENNIS R. INGOLS, ESQ.   CSB#236458
   LAW OFFICES OF ROBERT R. POWELL
3  925 West Hedding Street
   San Jose, California  95126
4  T: 408-553-0200 F: 408-553-0203
   E: rpowell@rrpassociates.com
5
   Attorneys for Plaintiff
6  WALLY WETTER

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHISN DISTRICT OF CALIFORNIA

10                   (SAN FRANCISCO DIVISION)

11

12  WALLY WETTER,            )   Case Number:  **07-CV-4583 WHA**
                             )
13          Plaintiff,       )   STIPULATION AND [PROPOSED]
    vs.                      )   ORDER EXTENDING DEADLINE
14                           )   TO COMPLETE MEDIATION
    CITY OF NAPA, et al.,    )
15  Does 1-10, inclusive     )
                             )
16          Defendants.      )
    _____    )
17

18      The parties to the above-captioned action, by and through their respective attorneys,

19  hereby stipulate and respectfully request that the Court order the deadline to complete

20  mediation to March 30th, 2008.  Counsel hereby advise the Court that Mediator Mathew

21  Pavone agrees to the extension, and that the mediation is currently scheduled to take place

22  March 12th, 2008.

23      The parties, by and through counsel further stipulate and respectfully request that the

24  Court order that Defendant Ortiz be excused from attending mediation.

25

---

Stipulation and Order Extending
Deadline to Complete Mediation
Wetter v. City of Napa
U.S. Dist. Ct. – N. Cal.
Case No. **5:07-cv-4583**

1  IT IS SO STIPULATED.

2

3  February 14, 2008                                     _____/s/_____
                                                        DENNIS R. INGOLS, ESQ.
4                                                        Attorney for Plaintiff

5

6  February 14, 2008                                     _____/s/_____
                                                        DAVID JONES, ESQ.
7                                                        Attorney for Defendants

8

9

10                                   **ORDER**

11

12    Based on the foregoing stipulation of the parties and good cause appearing therefore, the

13  court hereby adopts the proposed stipulation as an order of this court.

14  IT IS SO ORDERED.

15

16    Date: ____/____ 2008                              _____
                                                        JUDGE WILLIAM H. ALSUP
17                                                       U.S. District Court for the
                                                        Northern District of California
18

19

20

21

22

23

24

25

Stipulation and Order Extending
Deadline to Complete Mediation
Wetter v. City of Napa
U.S. Dist. Ct. – N. Cal.
Case No. **5:07-cv-4583**