IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALLY WETTER,

    Plaintiff,

    v.

CITY OF NAPA, OFFICER B. BANDY, OFFICER J. THOMPSON, OFFICER A. ORTIZ, and DOES 1–10, inclusive,

    Defendants.

No. C 07-04583 WHA

**ORDER EXTENDING MEDIATION DEADLINE**

    The parties' request to extend the deadline to complete mediation to **MARCH 30, 2008**, is **GRANTED**. This extension will have no impact on any other deadline in this case.

    **IT IS SO ORDERED.**

Dated: February 21, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE