GREGORY M. FOX (SBN 070876)
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353 0999 ext 11
Facsimile (415) 353 0990
Email: gfox@bfesf.com

MICHAEL W. BARRETT, CITY ATTORNEY (SBN 155968)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
NAPA CITY ATTORNEY'S OFFICE
CITY OF NAPA
P.O. BOX 660
NAPA, CA 94559
Telephone: (707) 257-9516
Facsimile: (707) 257-9274
Email: cjones@cityofnapa.org

Attorneys for Defendants CITY OF NAPA, OFFICER B. BANDY,
OFFICER J. THOMPSON, and OFFICER A. ORTIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLY WETTER, | Case No: C07-04583 WHA |
| Plaintiff, | |
| vs. | ASSOCIATION OF LEGAL COUNSEL |
| CITY OF NAPA, OFFICER B. BANDY, OFFICER J. THOMPSON, OFFICER A ORTIZ, and Does 1-10, inclusive, | |
| Defendants. | |

**TO PLAINTIFF AND TO HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that City Defendants, acting by and through their legal counsel, David C. Jones, Deputy City Attorney, have associated effective February 29, 2008 as lead trial counsel in the above-captioned matter, Gregory M. Fox of Bertrand, Fox & Elliot, 2749 Hyde Street, San Francisco, CA 94109; telephone: 415.353.0999 ext 11; facsimile: 415.353.0990; email: gfox@bfesf.com.

CITY OF NAPA

February 29, 2008            By:            /s/
                                    DAVID C. JONES, Deputy City Attorney
                                    Attorney for City Defendants

Association Accepted.

BERTRAND, FOX & ELLIOT

February 29, 2008            By:            /s/
                                    GREGORY M. FOX,
                                    Attorney for City Defendants

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: March 7, 2008                       /s/
                                    DAVID C. JONES