# UNITED STATES DISTRICT COURT

## Northern District of California

Wetter,

        Plaintiff(s),

   v.

City of Napa,

        Defendant(s).

No. C 07-04583 WHA MED

**Certification of ADR Session**

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _March 18, 2008_

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: _3/18/08_

_____
Mediator, Matthew B. Pavone
Law Offices of Matthew Pavone
Courtyard Square
750 Grant Ave., Suite 250
Novato, CA 94945

**Certification of ADR Session**
07-04583 WHA MED