ROBERT R. POWELL, ESQ. CSB#159747
DENNIS R. INGOLS, ESQ.   CSB#236458
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California  95126
T: 408-553-0200 F: 408-553-0203
E: rpowell@rrpassociates.com

Attorneys for Plaintiff
WALLY WETTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHISN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| WALLY WETTER, ) | Case Number:  **07-CV-4583 WHA** |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND REQUEST FOR ORDER OF THE COURT |
| ) | RE: DISMISSAL OF ALL CLAIMS |
| CITY OF NAPA, et al., ) | AGAINST ALL DEFENDANTS |
| Does 1-10, inclusive ) | WITH PREJUDICE |
| Defendants. ) | |

The parties, by and through their respective counsel, hereby agree to the dismissal of all claims in the above-entitled matter against all defendants, pursuant to the terms of a written agreement for settlement entered into by the parties with prejudice, each party to bear their

//

Stipulation Re: Dismissal
Wetter v. City of Napa
U.S. Dist. Ct. – N. Cal.
Case No.  **5:07-cv-4583**

Page 1 of 2

own attorney fees and costs. The parties request the court order same.

IT IS SO STIPULATED.

Date: 6/30/2008                                             _____/S/_____
                                                            Robert R. Powell
                                                            Attorney for Plaintiff


Date: 6/30/2008                                             _____/S/_____
                                                            David C. Jones – Deputy City Attorney
                                                            Attorney for Defendants

Stipulation Re: Dismissal
Wetter v. City of Napa
U.S. Dist. Ct. – N. Cal.
Case No. **5:07-cv-4583**

Page 2 of 2