1  ROBERT R. POWELL, ESQ. CSB#159747
   DENNIS R. INGOLS, ESQ.   CSB#236458
2  LAW OFFICES OF ROBERT R. POWELL
   925 West Hedding Street
3  San Jose, California  95126
   T: 408-553-0200 F: 408-553-0203
4  E: rpowell@rrpassociates.com

5
   Attorneys for Plaintiff
6  WALLY WETTER

7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE NORTHISN DISTRICT OF CALIFORNIA

11                          (SAN FRANCISCO DIVISION)

12

13
   WALLY WETTER,                 )   Case Number:  **07-CV-4583 WHA**
14                               )
             Plaintiff,          )   STIPULATION AND REQUEST
15 vs.                           )   FOR ORDER OF THE COURT
                                 )   RE: DISMISSAL OF ALL CLAIMS
16 CITY OF NAPA, et al.,         )   AGAINST ALL DEFENDANTS
   Does 1-10, inclusive          )   WITH PREJUDICE ; AND ORDER
17                               )
             Defendants.         )
18                               )

19

20

21 The parties, by and through their respective counsel, hereby agree to the dismissal of all

22 claims in the above-entitled matter against all defendants, pursuant to the terms of a written

23 agreement for settlement entered into by the parties with prejudice, each party to bear their

24 //

25

Stipulation Re: Dismissal
Wetter v. City of Napa
U.S. Dist. Ct. – N. Cal.
Case No.  **5:07-cv-4583**

1  own attorney fees and costs.  The parties request the court order same.

2  IT IS SO STIPULATED.

3

4  Date: 6/30/2008                                    _____/S/_____
                                                      Robert R. Powell
5                                                     Attorney for Plaintiff

6
   Date: 6/30/2008                                    _____/S/_____
7                                                     David C. Jones – Deputy City Attorney
                                                      Attorney for Defendants
8

9

10         SO ORDERED.

11

12      Dated:  November 21, 2008.

*IT IS SO ORDERED — Judge William Alsup, United States District Court, Northern District of California (seal)*

---

Stipulation Re: Dismissal
Wetter v. City of Napa
U.S. Dist. Ct. – N. Cal.
Case No. **5:07-cv-4583**